UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20220-CR-LENARD

**UNITED STATES OF AMERICA**,
    Plaintiff,

vs.

**DANIEL MARTINEZ ZAMORA**,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 388)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge John J. O'Sullivan ("Report," D.E. 227), issued on August 8, 2018, recommending that the District Court deny non-party Marlene Aleman Martinez Motion for Return of Property (D.E. 218). To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

    **ORDERED AND ADJUDGED** that:

    1. The Report of the Magistrate Judge (D.E. 227) issued on August 8, 2018, is **ADOPTED**.

    2. Non-party Marlene Aleman Martinez Motion for Return of Property (D.E. 218) is **denied**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this  10th  day of October, 2018.

                                             JOAN A. LENARD
                                             UNITED STATES DISTRICT JUDGE